UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOSHUA TIPTON,

        Plaintiff,

v.

Case Number 24-11210
Honorable David M. Lawson

MAVERICK PROTECTION GROUP, INC.,
DAVID SCHLECTE, and JOHN MILLER,

        Defendants.

_____/

## ORDER STRIKING DEFENDANT'S DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

On June 21, 2024, defendant Maverick Protection Group, Inc. filed a form statement concerning its corporate affiliations and financial interests. The form included several checked boxes for items that require further information, but further pertinent details were not included in the blanks provided for detailed responses. The Court will strike the incomplete form and direct the defendant forthwith to file a complete disclosure.

Accordingly, it is **ORDERED** that defendant Maverick Protection Group, Inc.'s statement of corporate affiliations and financial interests (ECF No. 12) is **STRICKEN**. The defendant forthwith shall file a properly completed disclosure form.

                                              s/David M. Lawson
                                              DAVID M. LAWSON
                                              United States District Judge

Dated:  July 1, 2024